In the United States District Court
Eastern District of Arkansas
Jonesboro, Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 09 1998
JAMES W. McCORMACK, CLERK
By: Martha Fugate, DEP. CLERK

Eddie B Austin                                Plaintiff

VS         J-C-98-198

Dick Busby, et al.                          Defendant

Come Now Plaintiff, Eddie B. Austin to this honorable Court requesting all defendants in said Case no. be put under the Color Code.

Executed on this 7 day of July 1998

Respectfully Submitted
Eddie B Austin

8