Amended Complaint

**DOCKETING NOTICE**

RE:        J-C-98-198

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 04 1998

JAMES W. McCORMACK, CLERK
By: _____
                    DEP. CLERK

pleading entitled "Motion to Amend" received & filed 11/4/98;

docketed as:

PLAINTIFF'S FILING OF ADDITIONAL INFORMATION
REGARDING THIS CAUSE OF ACTION.

JAMES W. McCORMACK, CLERK

By: _____
Jean Turman, Deputy Clerk

Amended Complaint

(per PRD filed 2/22/99)

In The United States District Court
Eastern District of Arkansas
Jonesboro Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 04 1998
JAMES W. McCORMACK, CLERK
By: Jean Turman
DEP. CLERK

Eddie Austin                                Plaintiff
V           JC-98-198
West Memphis dept. et al.                   Defendants

## Motion To Amend the Attitudinizer of West Memphis et al. this I attest.

On Oct. 25, 1996 I discovered that my wife had been having an Affair on the Job, where she worked! place called the; Southwood Rehbilation Center! Later that night on Oct. 25, 1996 My Wife, and I had a quarrel over the other Man! We where not getting along to the fullest as before she started to work there — The Southwood Rebhelation Center. (This I know!) Because, this is where my wife other man worked also, nights and lived. (or spend a Big amount of time!) My wife worked there before I stopped her. On Nov. 2, 1996. My wife, and I had some quarrels for a week, and more over the man she was having an Affair with on the Job! before I flogged her with a wire cloth hangers! So, after stopping her time when on — We would quarrel just about everyday over the way she was doing her home where she lived, and the way she

2
1

A—

In The United States District Court
Eastern District of Arkansas
Jonesboro Division

was doing the Children, and I. So, on Nov. 8, 1996 After I came home from Work she and I got into it about her Last Check. We was to pick up from the Job — where she used to Work Southwood Rehbiation Center, where her other Man was! She started to qaurreling with me, because, I got off Late! — from Work. so her, and the Children Jump into the Car. While I was Showering, and Changing from my Work.. So, I finnish dressing they hád'nt Return!. I got somethings to eat, and got on my daugther Bike Riding it to the Game; Ferrest City – V – West Menphis!. Then Over to my Brother's Apartment about 9:30 pm Around until 11:00 clock — Riding the Bike Home. — Upon entering the house my Wije was up watching T.V. When I came in I Spoke, she didn't say anything then, I asked her why did she Leave early, and where she go!. She told me, none of my Business and where do I thank!, I say I'am not thanking I need to know — so we started qaurreling again. Then she gets up leaving the Living Room go into the daughter's Room. Where she always sleep whenever are not getting along. So After a few Mintures.

B-

In The United States District Court
Eastern District of Arkansas
Jonesboro Division

Mr. Lawrence, Came upon me and pushing improperly me into the Chair! Then he stated in a question? — you use drugs don't you? — I say No! — Then he asked do I drink? I said yes! Beer sometimes. — Also, doing this time, I was complaining about the bulged hemorrhied, and Migraine headaches. Then he asked me about Ravishing (rape). I replied; I dont know what you are talking about..! He stated; dont play dull because, I am not here to teach..! I teach on Sundays at Church..! I replied; I have'nt rape anyone..! — He stated; that's not what the report say from your daugther, and wife.. Then he stated; tell me about the problems you having? — Then I replied; telling him about the Affairs my wife been having on me, on the job where she were working until I stoped her. I and wife need family counseling!. At that time Mr. Lawrence Vaughn pushed papers in front of me asking me sign them.. I didnt yield to do so, standing again. Then he use Invective toward me! Kicking and forcibly pushing my Back, hard, and Head against the wall chocking me..!, Ordering! pushing forcefully me into the office adjacent too take photos of me.. While in there standing

F.

Eastern District of Arkansas
Jonesboro Division

In The United States District Court
Eastern District of Arkansas
Jonesboro Division

the pursuant.

## Conclusion:

For the reasons stated about in details above, plaintiff is hereby asking the Complaint should not be dismissed. I plaintiff, do averring the Brief in Support of Motion to Amend Attendant.

Respectfully Submitted,
Oct. 20, 1998
Eddie Austin
87 Jackson Avenue
Marion, Arkansas
72364