J-C-98-198

United States District Court
P O Box 7080
Jonesboro Arkansas
72403-7080

**FILED** oct 30/98
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 04 1998

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

RE: Eddie Austin -V- City of West Memphis et. al.
USDC No J-C-98-198 and J-C-98-196

Dear, Honorable Court

I plaintiff, is here-by asking in request will you please! reply back to me in propose letting me know the progress of these cases above, and the default, if any. Reply so, I will know that this was recieved because, some mail has been missing, and destroy from this place!

As of now let me thank you for this time, spend reading, and Acknowledging this letter of Request, and Motion to Amend. May God keep us, and Bless:

Respectfully Submitted;

Eddie Austin
87 Jackson Ave.
Marion Arkansas
72364

22

jt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 4, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:98-cv-00198.

True and correct copies of the attached were mailed by the clerk to the following:

Eddie B Austin
CRTDNCJ
Crittenden County Jail
87 Jackson Avenue
Marion, AR  72364

David C. Peeples, Esq.
Sloan, Rubens & Peeples
600 North Missouri
Post Office Box 768
West Memphis, AR  72301-0768

Beni Shane Perry, Esq.
Arkansas Municipal League
301 West Second Street
Post Office Box 38
North Little Rock, AR  72115-0038

James W. McCormack, Clerk

Date: 11-4-98                         BY: Jean Jurman