FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 1998

JAMES W. McCORMACK, CLERK
By: [signature]
DEP.CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**EDDIE AUSTIN** **PLAINTIFF**

**v.** **NO. J-C-98-198**

**CITY OF WEST MEMPHIS**
**POLICE DEPARTMENT;**
**EDDIE WEST, and LAWRENCE**
**VAUGHN** **DEFENDANTS**

**RESPONSE TO MOTION TO AMEND**

**NOW COME** the Defendants, Eddie West and Lawrence Vaughn, by and through their counsel, Shane Perry and David Peeples, and for their Response to Plaintiff's Motion to Amend, state as follows:

1. Some of Plaintiff's additional facts still do not state a claim. On page D, Plaintiff describes an event on November 9, 1996, where officers allegedly came into his house and threw him over a kitchen table. Plaintiff does not identify who the officers were.

2. With regard to Plaintiff's claims against Lawrence Vaughn and Eddie West as set out on page E, if the Court believes they are sufficient to state a claim, Defendants will answer same.

Respectfully submitted,

CITY OF WEST MEMPHIS POLICE DEPARTMENT, ET AL, Defendants

By: [signature]
SHANE PERRY, ABN 94176
Attorney for Defendants
Post Office Box 38
North Little Rock, Arkansas 72115
TELEPHONE: (501) 374-3484

Resp to MTA-Austin.wpd

23

And

DAVID C. PEEPLES, ESQ.
West Memphis City Attorney
205 S. Redding, P. O. Box 1728
West Memphis, Arkansas 72303
TELEPHONE: (870) 732-7515
FACSIMILE: (870) 732-7504

**CERTIFICATE OF SERVICE**

I, Shane Perry, hereby certify that a true and correct copy of the above and foregoing was forwarded to the following via the United States Postal Service, regular mail, this 13th day of November, 1998.

Eddie Austin
c/o Crittenden County Jail
87 Jackson Avenue
Marion, Arkansas 72364

SHANE PERRY