```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT ARKANSAS

                                            MAR 19 1999

                                      JAMES W. McCORMACK, CLERK
                                      By: _____
                                                        DEP CLERK
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDDIE AUSTIN                                                              PLAINTIFF

v.                              NO. J-C-98-198

CITY OF WEST MEMPHIS
POLICE DEPARTMENT;
EDDIE WEST; and                                                          DEFENDANTS
LAWRENCE VAUGHN

## ANSWER TO COMPLAINT AND AMENDED COMPLAINT

NOW COME the Defendants, Eddie West and Lawrence Vaughn, in their official capacities,[1] by and through their counsel, Shane Perry and David C. Peeples, and for their Answer to Complaint and Amended Complaint, state as follows:

1. Defendants admit that the Plaintiff was arrested without incident on November 9, 1996, for raping his eight (8) year old stepdaughter.

2. Defendants admit that the Plaintiff pled guilty to raping the eight year old child on September 30, 1997.

3. To the extend that Plaintiff is attempting to bring a 42 U.S.C. § 1983 claim alleging unlawful arrest or excessive force, any and all facts supporting such allegations are denied.

4. Each and every allegation not specifically admitted herein is denied.

---

[1] The only defendant in this case is the City of West Memphis, *i.e.*, the official capacity defendants. While the complaint names Eddie West and Lawrence Vaughn, it does not state that they are being sued in their personal or individual capacities. Based upon the Eighth Circuit case of *Nix v. Norman*, 879 F.2d 429, 431 (8th Cir. 1989), this complaint is construed by the defendants as only suing them in their official capacities. In addition, the West Memphis Police Department is not a suable entity. *Ketchum v. West Memphis*, 974 F.2d 81, 82 (8th Cir. 1992). If the court construes the complaint to sue individual defendants, those defendants, of course, reserve the right to plead additional affirmative defenses unique to their individual capacities.

Answer-Austin.wpd

5. Defendants deny that Plaintiff is entitled to any relief as pled.

6. Defendants reserve the right to amend this pleading, including counterclaims, based upon continuing discovery.

## AFFIRMATIVE STATEMENTS AND DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.

2. If Plaintiff is making a claim for unlawful arrest, said claim is denied under the Eighth Circuit law set forth in *Malady v. Crunk*, 902 F.2d 10 (8th Cir. 1990).

3. If Plaintiff is making a claim of excessive force, he cannot set forth sufficient proof establishing a policy or custom to hold the municipality (the Defendants in their official capacities) liable.

4. Defendants avail themselves of any and all applicable statutes of limitation.

5. Defendants believe that this case is being brought in bad faith and should be dismissed as frivolous.

Respectfully submitted,

EDDIE WEST and LAWRENCE VAUGHN, ET AL,
In their official capacities, Defendants

By: _____
SHANE PERRY, ABN 94176
Attorney for Defendants
Post Office Box 38
North Little Rock, Arkansas 72115
Telephone: (501) 374-3484
Facsimile: (501) 374-0541

And

Answer-Austin.wpd

2

DAVID C. PEEPLES, ESQ.
West Memphis City Attorney
205 S. Redding, P. O. Box 1728
West Memphis, Arkansas 72303
Telephone: (870) 732-7515
Facsimile: (870) 732-7504

## CERTIFICATE OF SERVICE

I, Shane Perry, hereby certify that a true and correct copy of the above and foregoing has been sent to the pro se Plaintiff listed below, via the United States Postal Service, certified mail, return receipt requested, this ___18th___ day of ___March___, 1999.

Eddie Austin
c/o Crittenden County Detention Facility
350 Afco Road
West Memphis, AR 72301

_____
SHANE PERRY, ESQ.

Answer-Austin.wpd                3